U.S. DISTRICT JUDGE __**SIM LAKE**__  CLERK, U.S. DISTRICT COURT
CASE MANAGER __S. ANDERSON__  RPTR / ~~ERO~~ __K. MLLER__  SOUTHERN DISTRICT OF TEXAS
LAW CLERK __T. COOKE__  INTERPRETER _____  FILED

March 30, 2022

TIME __11:30__ | __11:50__ A.M.  ____ | ____ P.M.  NATHAN OSCHNER, CLERK

CR. NO. __H-19-633__  DEFT. NO. __4__

UNITED STATES OF AMERICA  § __Tina Ansari__ AUSA
vs.  §
__RITA KPOTIE SMITH__  § __Lance C. Hamm__ ☐ CJA
DEFENDANT NAME

## REARRAIGNMENT

- ☐ Defendant waived his right to appear in person and consented to appear by video
- ☒ Oath administered to Defendant.
- ☒ Rearraignment held on ct(s) __1s__.
- ☒ Defendant enters a plea of ☒ gpl. (guilty) ☐ ngpl. (not guilty) ☐ nolopl. (nolo).
- ☒ Indictment waived.
- ☒ PLEA AGREEMENT: __- Sealed Plea Agreement executed by all Parties -__

- ☒ Order for PSI setting Disclosure and Sentencing dates signed.
- ☐ PSI waived.
- ☒ Sentencing set __7/21/22__ at __2:00 pm__, before Judge Sim Lake.
- ☐ Jury trial set ____ at ____, before Judge Sim Lake.
- ☐ Defendant bond ☐ set ☐ reduced to $ ____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
- ☐ Defendant failed to appear, bench warrant to issue.
- ☐ Defendant bond ☐ continued ☐ forfeited.
- ☒ Defendant remanded to custody.
- ☐ Consent to Administration of Guilty Plea before United States Magistrate Judge.
- ☒ Terminate other settings for this defendant.  ☒ Terminate motions for this defendant.
- OTHER PROCEEDINGS: ____